**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 13, 2015

Mr. Mark Clayton
P.O. Box 92
Whites Creek, TN 37189

Mr. James Gerard Stranch IV
Branstetter, Stranch & Jennings
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203

        Re:  Case No. 14-6525, *Mark Clayton v. Chip Forrester, et al*
             Originating Case No. : 3:13-cv-01211

Dear Mr. Clayton and Counsel:

  The Court issued the enclosed Order today in this case.

                        Sincerely yours,

                        s/Jeanine R. Hance on behalf of Robin Baker
                        Case Manager
                        Direct Dial No. 513-564-7027

cc:  Mr. Keith Throckmorton

Enclosure

Mandate to issue